IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THERESA R. GORDON                                                                PLAINTIFF

VS.                          NO. 4:04CV00675 GH

SLAM DUNK, INC. D/B/A GARY DUKE'S ALLEY OOPS,
GARY DUKE, and JEFFREY CHAPMAN                DEFENDANTS

AMERICAN EXPRESS FINANCIAL CORPORATION      GARNISHEE

### ORDER

Garnishee having filed its answer indicating that it has withheld $1,454.91 representing the amount subject to garnishment, the garnishee is directed to pay same to Plaintiff. Upon payment, the Garnishee is discharged and dismissed without further liability herein.

_George Howard, Jr._
JUDGE

DATED: July 27, 2005.

APPROVED AS TO FORM:

/s/ Raymond Harrill
RAYMOND HARRILL
Attorney for Plaintiff

g:\doc\gordon\posttrial\garnord-amexp.doc